MARGARET A. KELLY, Respondent, v. JOHN J. KELLY, Appellant.— Order

granting alimony *pendente lite* and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ., concur.